IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Floyd Edward Williams, | ) | C/A No.: 1:18-502-AMQ-SVH |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| Bonita Mosley, Warden, | ) | |
| Respondent. | ) | |

Floyd Edward Williams ("Petitioner"), proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed a motion to dismiss on April 24, 2018. [ECF No. 16]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion and of the need for him to file an adequate response by May 25, 2018. [ECF No. 18]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion. Based on the foregoing, the undersigned orders Petitioner to advise the court as to whether

he wishes to continue with this case and to file a response to Respondent's motion to dismiss by June 12, 2018. Petitioner is further advised that if he fails to respond, the undersigned will recommend this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

May 29, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge